**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1545**

WILLIAM DAVID COLEMAN,

Plaintiff - Appellant,

v.

KATHI VIDAL, Director of the United States Patent and Trademark Office,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:22-cv-00703-RDA-JFA)

Submitted: September 28, 2023                    Decided: October 2, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William David Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William David Coleman appeals the district court's order dismissing, pursuant to Fed. R. Civ. P. 4(m), Coleman's employment discrimination action against the Director of the United States Patent and Trademark Office.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Coleman v. Vidal*, No. 1:22-cv-00703-RDA-JFA (E.D. Va. May 10, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*